UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARCO SANTIAGO,

          Plaintiff,

  v.

WASHINGTON DOC, et al.,

          Defendants.

CASE NO. 3:18-cv-05825-RBL-JRC

ORDER DENYING MOTION TO DISMISS AS MOOT

     Plaintiff Marco Santiago, a.k.a. Ashley Moon Raelynn, proceeding *pro se* and *in forma pauperis*, filed this civil rights complaint under 42 U.S.C. § 1983. Currently pending before the Court is defendant Washington State Department of Corrections' ("DOC") motion to dismiss. Dkt. 17.

     Defendant DOC filed a motion to dismiss, arguing that as a state agency, DOC is not a "person" under § 1983 and that it enjoys Eleventh Amendment immunity from suit, therefore insulating it from liability as to plaintiff's § 1983 action. Dkt. 17. Subsequently, plaintiff requested leave to file an amended complaint, which the Court granted, and plaintiff filed an

amended complaint omitting any reference to defendant DOC. Dkts. 19, 20. Defendant DOC then filed a reply for its motion to dismiss, noting that plaintiff had omitted all references to the DOC and stating that, therefore, defendant DOC's motion to dismiss was moot. Dkt. 22. The Court agrees.

Therefore, it is ORDERED:

Defendant DOC's motion to dismiss (Dkt. 17) is denied as moot.

Dated this 27th day of February, 2019.

J. Richard Creatura
United States Magistrate Judge